**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| RANDY F. ANDERSON, | : No. 17 WM 2024 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF FOREST COUNTY, DEPARTMENT OF CORRECTIONS, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of May, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.